UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>VOISEL LLC.<br>d/b/a "Today Natural Wellness"<br>1815 KNOLL DR.<br>VENTURA, CA 93003,<br><br>Et. Al.<br>Defendants. | Civil Action<br>No. 18-2227<br><br>Jury Trial Demanded |

## ORDER:

The Court has considered Plaintiff's Motion for Permission to use ECF/EFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff shall have the above-captioned case added to his ECF account. The Clerk of Court is directed to add the case to Plaintiffs ECF account and provide Plaintiff access to ECF for the above-captioned case.

Dated: 6/19/18

Hon. Gerald A McHugh, J.

2