UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG ) <br> 1657 The Fairway #131 Jenkintown, PA 19046 ) <br> ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> VOISEL LLC. ) <br> d/b/a "Today Natural Wellness" ) <br> 1815 KNOLL DR. ) <br> VENTURA, CA 93003, ) <br> ) <br> Et. Al. ) <br> Defendants. ) <br> ) | Civil Action <br> No. 18-2227 <br><br><br> Jury Trial Demanded |

## NOTICE OF SETTLEMENT

This notice is to inform the court that the parties have agreed on the general terms of a settlement for the matter. A stipulation of dismissal will be filed with the court upon finalization, expected no later than thirty (30) days from today.

Dated: July 6, 2018

_____/s/_____
Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1